ROBERT DOKTOR *ET AL.*, PLAINTIFFS-PETITIONERS, v. BARBARA ROTHBERG GREENBERG, DEFENDANT-RESPONDENT.

See same case below:   58 *N. J. Super.* 155.

*Messrs. Gross & Stavis* and *Miss Mabel L. Richardson* for the petitioners.

*Messrs. Reid & Flaherty, Mr. Henry J. Bendheim* and *Mr. Sidney Dincin* for the respondent.

February 8, 1960.   Denied.

CONDENSER SERVICE & ENGINEERING CO., INC., PLAINTIFF-PETITIONER, v. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, DEFENDANT-RESPONDENT.

See same case below:   58 *N. J. Super.* 179.

*Messrs. Schapira & Farkas* for the petitioner.

*Mr. James J. Carroll* and *Mr. Frank Fink* for the respondent.

February 8, 1960.   Denied.